**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

**XX**_____(Indicate 1st, 2nd, etc. amended, if applicable)

DEBTORS: HUMBERTO ESPINOZA & DEBORAH ESPINOZA    CASE NO.: 17-17557-BKC-JKO

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $1,172.70 for months 1 to 20; and
B.   $1,637.16 for months 21 to 60 in order to pay the following creditors:

Administrative: Total Fee $3,650.00   TOTAL PAID $650.00
           Attorney's Fee - $3,500.00 plus $150.00 costs
           Balance Due  $3,000.00 payable $150.00/month  (Mos. 1 to 20)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Federal National Mortgage Association ("Fannie Mae")    Payoff  $39,971.40
c/o Seterus, Inc.                                       Payment $666.19/mo. (Mos. 1 to 60)
POB 2206
Grand Rapids, MI 49501-2206                 .
#1323

Sundance at Stirling HOA, Inc.              Arrearage $9,600.71
Becker & Poliakoff, PA                      Payment $65.00/mo. (Mos. 1 to 20)
2901 SW 149TH AVENUE, SUITE 140             Payment $207.52/mo. (Mos. 21 to 60)
MIRAMAR, FL 33027                           Regular payment $185.00/mo. (Mos. 1 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507] - NONE.

Unsecured Creditors: Pay $429.62/mo. (Mos. 21 to 60) . Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

/S/RAYSA I. RODRIGUEZ, ESQ.
for HUMBERTO ESPINOZA, Debtor

/S/RAYSA I. RODRIGUEZ
DEBORAH C. ESPINOZA, Debtor


Dated: 6/30/2017